Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*WOW Virtual Reality, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #:
[DATE] FILED: 8/23/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOW VIRTUAL REALITY, INC.,
*Plaintiff*

v.

1737515714, *et al*,
*Defendants*

CIVIL ACTION No.
1: 19-cv-5476 (CM)

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff WOW Virtual Reality, Inc. ("WOW" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Kevinst in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: August 21, 2019                                                Respectfully submitted,

                                                      **EPSTEIN DRANGEL LLP**

BY: _____
        Brieanne Scully (BS 3711)
        bscully@ipcounselors.com
        EPSTEIN DRANGEL LLP
        60 East 42nd Street, Suite 2520
        New York, NY 10165
        Telephone:  (212) 292-5390
        Facsimile:   (212) 292-5391
        *Attorneys for Plaintiff*
        *WOW Virtual Reality, Inc.*

**It is so ORDERED.**

Signed at New York, NY on August 23, 2019.

_____
Judge Colleen McMahon
United States District Judge